MARY MALACHICK, Appellant, *v.* JOSEPH MALACHICK, Respondent.

Argued June 3, 1946; decided July 23, 1946.

*John J. Broderick* for appellant.
*Vera Boudin* and *Sidney Elliott Cohn* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.